IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABRAHAM SIGURD LEE, | No. 1:25-CV-01815 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SCI CAMP HILL, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 14th day of January 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint (Doc. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted, as follows:

    a. Plaintiff's Section 1983 claims against SCI Camp Hill are **DISMISSED** with prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

    b. Plaintiff's First Amendment free speech claim challenging the Pennsylvania Department of Corrections' policy involving the treatment of incoming privileged mail is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

    c. Plaintiff's First and Fourteenth Amendment access-to-courts claim is **DISMISSED** without prejudice as to all Defendants under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

    d. Plaintiff's Fourteenth Amendment procedural due process claim is **DISMISSED** without prejudice as to all Defendants under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2.      The Clerk of Court is directed to terminate defendant SCI Camp Hill.

3.      Plaintiff's motion to amend (Doc. 9) is **GRANTED**. The Clerk of Court is directed to change defendant "Columbia County, Pennsylvania" to "Cumberland County, Pennsylvania."

4.      Within 21 days of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum. Plaintiff must adhere to the specific directions for amendment provided in the accompanying Memorandum.

5.      If no amended complaint is timely filed, dismissal of any claim without prejudice will automatically convert to dismissal with prejudice and the Court will CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge